

NUMBER 13-15-00596-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE OVIDIO GARCIA JR.**

**On Petition for Writ of Mandamus.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam[1]**

On December 17, 2015, relator Ovidio Garcia Jr., proceeding pro se, filed a petition for writ of mandamus seeking to compel the assigned judge to set a hearing on relator's motion to recuse the trial court judge. This Court requested that the real parties in interest, Omar Escobar, et al., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. The Court has now received a notice that the motion to recuse has been set for telephonic hearing on January 6, 2016.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

We conclude that this original proceeding has been rendered moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . ."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Accordingly, the Court DISMISSES the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). This dismissal is without prejudice to refiling with regard to the relator's request for a timely ruling on his motion to recuse.

PER CURIAM

Delivered and filed the
29th day of December, 2015.